KELLEY DRYE & WARREN LLP
  Lauri A. Mazzuchetti (*pro hac vice*)
  Elizabeth D. Silver (*pro hac vice*)
One Jefferson Road, 2nd Floor
Parsippany, New Jersey 07054
Telephone: (973) 503-5900
Facsimile:  (973) 503-5950
lmazzuchetti@kelleydrye.com
esilver@kelleydrye.com

Kelley Drye & Warren LLP
  Lee S. Brenner (State Bar No. 180235)
  Catherine D. Lee (State Bar No. 258550)
10100 Santa Monica Boulevard, 23rd Fl.
Los Angeles, CA 90067-4008
Telephone:   (310) 712-6100
Facsimile:   (310) 712-6199
lbrenner@kelleydrye.com
clee@kelleydrye.com

Attorneys for Defendant Kohl's
Department Stores, Inc.

**DENIED**

BY ORDER OF THE COURT

NO SHOWING OF GOOD CAUSE

Denial is without prejudice to resubmission with a stipulation explaining the exact issues in this case that the parties believe will be impacted by the Supreme Court's decisions in *Campbell-Ewald* and *Spokeo*

Date: 11/10/15
JOSEPHINE L. STATON

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| DESMOND ADAMS, on behalf of himself and of all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>KOHL'S DEPARTMENT STORES, INC.; AND DOES 1-10, INCLUSIVE<br>                    Defendants. | Case No.  8:15-cv-00598-JLS-VBK<br><br>Hon. Josephine L. Staton<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION TO STAY CASE**<br><br>[*Joint Stipulation filed concurrently herewith*]<br><br>Complaint Filed:  Sept. 29, 2014<br>Trial Date:          None Set |

517497
LA01\LEECA\703758.1

1    The Court, upon consideration of the parties' Joint Stipulation To Stay

2  Discovery, hereby finds good cause to ORDER the following:

3    This case is stayed pending the Supreme Court's decisions in *Campbell-*

4  *Ewald* and *Spokeo* and that either party may move to lift the stay at any time.

5

6

7    IT IS SO ORDERED.

8

9  DATED: _____

10

11  _____

12  Hon. Josephine L. Staton
   District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28