**HOWARD LAW, PC**
VINCENT D. HOWARD (SBN 232478)
vhoward@howardlawpc.com
GREGORY H. D. ALUMIT (SBN 257124)
galumit@howardlawpc.com
675 Anton Boulevard, First Floor
Costa Mesa, CA 92626
Tel.: (800) 872-5925
Fax: (888) 533-7310

**ARBOGAST LAW**
A Professional Corporation
DAVID M. ARBOGAST (SBN 167571)
david@arbogastlawpc.com
8117 W. Manchester Ave., Suite 530
Playa Del Rey, CA 90293
Tel.: (310) 477-7200
Fax: (310) 943-0416

Attorneys for Plaintiff and the proposed Class

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESMOND ADAMS, on behalf of himself and of all others similarly situated,<br><br>PLAINTIFFS,<br><br>vs.<br><br>KOHL'S DEPARTMENT STORES, INC., and DOES 1 to 10<br><br>DEFENDANTS. | **CASE NO.: SACV15-598 JLS (VBKx)**<br><br>**CLASS ACTION**<br><br>Assigned to Hon. Josephine L. Staton<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Complaint filed: September 29, 2014<br>Trial Date: Not set yet |

1 | PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Desmond Adams voluntary dismisses the above-caption action with prejudice. Each party shall bear its own costs and fees.

Respectfully submitted,

DATED:  December 4, 2015			**HOWARD LAW PC**

/s/ Gregory H. D. Alumit
VINCENT D. HOWARD
GREGORY H. D. ALUMIT

**ARBOGAST LAW**
A Professional Corporation
DAVID M. ARBOGAST

*Attorneys for Plaintiff and Proposed Class*